

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dipankar Chandra, Appellant

No. 06-20-00056-CV          v.

Leonardo DRS, Inc., and DRS Network &
Imaging Services, LLC, Appellees

Appeal from the 116th District Court of Dallas County, Texas (Tr. Ct. No. DC-19-03484).   Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Dipankar Chandra, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 24, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk